■ The People of the State of New York, Respondent, v Patrick C. Barlow, Appellant. [771 NYS2d 414]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered July 25, 2001. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Wisner, J.P., Kehoe, Gorski, Lawton and Hayes, JJ.